```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 10210
   RENATA WISNIEWSKI
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2312

-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/07/2007 and was not confirmed.

    The case was converted to chapter 7 without confirmation 07/12/2007.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-------------------------------------------------------------------------------
CITIBANK                 NOTICE ONLY    NOT FILED          .00           .00
DISCOVER CARD            NOTICE ONLY    NOT FILED          .00           .00
MBNA AMERICA             NOTICE ONLY    NOT FILED          .00           .00
ROSE MORTGAGE CORP       NOTICE ONLY    NOT FILED          .00           .00
THADDEUS J HUNT          DEBTOR ATTY         .00                         .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                           --------------     --------------
TOTALS                         .00                   .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/16/07               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE